UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21180-CIV-WILLIAMS/MCALILEY

PATRICIA ADAMS,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION TO DISMISS

Defendant, Carnival Corporation, filed a Motion to Dismiss (ECF No. 12), which the Honorable Kathleen M. Williams referred to me for a report and recommendation. (ECF No. 13). In the Motion, Carnival asks the Court to dismiss Plaintiff's claim for vicarious liability (Count III), for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff filed a response memorandum that states she agrees to dismiss that Count. (ECF No. 14).

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court grant Carnival's Motion to Dismiss (ECF No. 12) and dismiss Count III of Plaintiff's Complaint. *See* (ECF No. 1 at 7-9).

**No later than June 14, 2022**, the parties may file any written objections to this Report and Recommendation with the Honorable Kathleen M. Williams, who is obligated

1

to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v.* Johnson, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

DONE AND RECOMMENDED at Miami, Florida this 9th day of June 2022.

*[signature]*

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Cc: The Honorable Kathleen M. Williams
Counsel of record