UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-21180-CIV-WILLIAMS

PATRICIA ADAMS,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (the "Report") (DE 16) on Defendant's Motion to Dismiss Count III of Plaintiff's Complaint ("Defendant's Motion") (DE 12).  In Plaintiff's Response (DE 14) to Defendant's Motion (DE 12), Plaintiff stipulated to the dismissal of Count III of the Complaint.

In the Report, Magistrate Judge McAliley recommends that the Court grant Defendant's Motion (DE 12). Plaintiff filed no objections to the Report and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 16) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion (DE 12) is **GRANTED**.

3. Defendant shall file an answer within **FOURTEEN (14) DAYS** of the date of this Order, pursuant to Federal Rule of Civil Procedure 12.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>17th</u> day of June, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE